| | | | | |
|---|---|---|---|---|
| University of Kan. Hosp. Auth. v. Board of Comm'rs of Unified Gov't | 108,391 | Granted ......... | 02/18/14 | 49 Kan. App. 2d 449 |
| Wells Fargo Bank v. Bowers | 108,521 | Denied .......... | 10/30/13 | Unpublished |
| Whaley v. Sharp | 107,776 | Granted ......... | 10/01/13 | Unpublished |
| White v. Barbieri | 106,078 | Denied .......... | 10/03/13 | Unpublished |
| Wiles v. American Family Life Assurance Co. | 106,661 | Granted ......... | 10/17/13 | Unpublished |
| Williams v. Petromark Drilling | 108,125 | Granted ......... | 12/27/13 | 49 Kan. App. 2d 24 |
| Williams v. State | 108,189 | Denied .......... | 10/28/13 | Unpublished |
| Wilson v. State | 107,490 | Denied .......... | 10/29/13 | Unpublished |
| Zimmerman v. Brown | 108,087 | Denied .......... | 10/30/13 | 49 Kan. App. 2d 143 |